UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BAYVIEW LOAN SERVICING, LLC,

    Plaintiff,

v.                                                      Case No. 2:05-cv-254
                                                             HON. ROBERT HOLMES BELL
EARL FORD MCNAUGHTON and
PAMELA S. MCNAUGHTON,

    Defendants.
_____/

## **ORDER**

In accordance with the Opinion issued herewith,

IT IS HEREBY ORDERED that defendants' Motion For Protective Order (Docket #48) is GRANTED IN PART AND DENIED IN PART. The motion is GRANTED as to attorney/client communications contained in document Nos. 32, 33 and 86. The motion is DENIED in all other respects.

IT IS SO ORDERED.

                                                               /s/ Timothy P. Greeley
                                                               TIMOTHY P. GREELEY
                                                               UNITED STATES MAGISTRATE JUDGE

Dated:  August 22, 2007